IT IS ORDERED THAT:

The appeal is dismissed.

**FOUR RIVERS INVESTMENT, INC., Plaintiff–Appellant,**

v.

**UNITED STATES, Defendant–Appellee.**

No. 2008–5017.

United States Court of Appeals, Federal Circuit.

Feb. 25, 2009.

### ORDER

The appellant having failed to file an appendix required by Federal Circuit Rule 30(a) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

**Don A. MYNARD, Petitioner,**

v.

**OFFICE OF PERSONNEL MANAGEMENT, Respondent.**

No. 2009–3041.

United States Court of Appeals, Federal Circuit.

Feb. 25, 2009.

### ORDER

The petitioner having failed to file the brief required by Federal Circuit Rule 31(a) within the time permitted by the rules, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

**Federico REMORIN, Petitioner,**

v.

**OFFICE OF PERSONNEL MANAGEMENT, Respondent.**

No. 2009–3057.

United States Court of Appeals, Federal Circuit.

Feb. 25, 2009.

Federico Remorin, Zambales, PH, pro se.

Lauren A. Weeman, Department of Justice, Washington, DC, for Respondent.

**ORDER**

The petitioner having failed to file the brief required by Federal Circuit Rule 31(a) within the time permitted by the rules, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

**HARVEST INSTITUTE FREEDMAN FEDERATION, Black Indians United Legal Defense Fund, and William Warrior, Plaintiffs–Appellants,**

v.

**UNITED STATES, Defendant–Appellee.**

No. 2008–5036.

United States Court of Appeals, Federal Circuit.

Feb. 26, 2009.

ON MOTION

*ORDER*

Harvest Institute Freedman Federation et al. move without opposition (1) for leave to file the joint appendix out of time, with appendix attached, and (2) for reconsideration of the court's December 31, 2008 order dismissing the appeal for failure to file the appendix.

Upon consideration thereof,

IT IS ORDERED THAT:

The motions are granted, the mandate is recalled, and the appeal is reinstated.

**Larry M. DOW, Petitioner,**

v.

**GENERAL SERVICES ADMINISTRATION, Respondent.**

No. 2009–3067.

United States Court of Appeals, Federal Circuit.

Feb. 26, 2009.

ON MOTION

*ORDER*

Larry M. Dow moves without opposition for reconsideration of the court's January 15, 2009, 329 Fed.Appx. 271, order dismiss-